■ DONALD G. SKUPINSKY et al., Respondents, v LONG ISLAND RAILROAD, Appellant. [664 NYS2d 547] —Order, Supreme Court, New York County (Emily Goodman, J.), entered on or about August 9, 1996, which denied defendant's motion for a change of venue, unanimously affirmed, without costs.

Venue was properly placed in New York County. Concur—Sullivan, J. P., Milonas, Tom, Mazzarelli and Andrias, JJ.